1   ROBERT S. SHWARTS (SBN 196803)
    rshwarts@orrick.com
2   ORRICK, HERRINGTON & SUTCLIFFE
    LLP
3   The Orrick Building
    405 Howard Street
4   San Francisco, CA 94105-2669
    Telephone: (415) 773-5700
5   Facsimile: (415) 773-5759

6   LILLIAN J. MAO (SBN 267410)
    lmao@orrick.com
7   ORRICK, HERRINGTON & SUTCLIFFE
    LLP
8   1000 Marsh Road
    Menlo Park, CA 94025-1015
9   Telephone: (650) 614-7400
    Facsimile: (650) 614-7401

TIMOTHY P. FOX (SBN 157750)
tfox@creeclaw.org
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Telephone: (303) 757-7901
Facsimile: (303) 872-9072

MARIA DEL PILAR GONZALEZ
MORALES (SBN308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Telephone: (805) 813-8896
Facsimile: (303) 872-9072

10

11  *Attorneys for Plaintiffs*

12              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA

13

14  E.A.R.R.; G.S.E.R, A MINOR CHILD,        Case No. 3:20-cv-02146-TWR-BGS
    by and through his mother and NEXT
15  FRIEND, E.A.R.R; B.A.E.R., A             **NOTICE OF RELATED CASE**
    MINOR CHILD, by and through his          **PURSUANT TO LOCAL RULE**
16  mother and NEXT FRIEND, E.A.R.R;         **40.1**
    L.Y.G.; H.A.H.G.; J.A.EM; Y.J.C.E, A
17  MINOR CHILD, by and through his          Judge: Todd. W. Robinson
    mother and NEXT FRIEND, J.A.E.M.;
18  S.F.L.; C.J.M.L., A MINOR CHILD, by
    and through his mother and NEXT
19  FRIEND, S.F.L.; Y.M.M.; J.C.M.M., A
    MINOR CHILD, by and through her
20  mother and NEXT FRIEND, Y.M.M.;
    G.F.F.; M.Y.J.L.; M.M.G., A MINOR
21  CHILD, by and through his mother and
    NEXT FRIEND, V.A.G.; D.Y.S., A
22  MINOR CHILD, by and through his
    mother and NEXT FRIEND, M.S.S.;
23  S.M.A., A MINOR CHILD, by and
    through her mother and NEXT
24  FRIEND, K.A.M.; D.G.M.; N.R.R.;
    H.H.M.; E.H.M.; C.J.V.C., A MINOR
25  CHILD, by and through his mother and
    NEXT FRIEND, M.C.; La.V.S.O., A
26  MINOR CHILD, by and through her
    mother and NEXT FRIEND,
27  A.A.F.SO; and, AL OTRO LADO, an
    organization,

28              Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY ("DHS"); CHAD WOLF,
Acting Secretary of the Department of
Homeland Security, in his official
capacity; U.S. CUSTOMS AND
BORDER PROTECTION ("CBP"); and
MARK A. MORGAN, Acting
Commissioner of U.S. Customs and
Border Protection, in his official
capacity,

Defendants.

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE COURT, PLEASE TAKE NOTICE**:

Pursuant to Civil Local Rule 40.1(f), Plaintiffs hereby submit the following Notice of Related Case. For the reasons specified below, this newly filed case is related to an existing action in this District: *Doe v. Wolf, et al.*, Case No. 19-cv-2119, ECF No. 1 (filed November 5, 2019)[1] (hereinafter, the "*Wolf* litigation"). Both cases assert statutory violations arising out of the U.S. government's Migrant Protection Protocols ("MPP") under which migrants are forced to reside in Mexico pending their immigration proceedings.

Under Local Rule 40.1(g), actions are related when they involve "some of the same parties and are based on the same or similar claims" or involve the same "event" or "substantially the same facts and the same questions of law." *See also* CivLR 40.1(e). The instant case is related to the *Wolf* litigation under this definition.

Both cases bring claims against some of the same defendants—Acting Secretary of Homeland Security and the Acting Commissioner of U.S. Customs and Border Protection—who are among the government officials responsible for carrying out the MPP. Both cases make similar claims that plaintiffs' placement in the MPP exposes them to conditions that deprive them of the opportunity to meaningfully be heard in, prepare for, or participate in related aspects of their immigration proceedings; moreover, both cases concern exercises of agency authority to determine who is or is not subject to the MPP. *See E.A.R.R., et al. v. U.S. Department of Homeland Security, et al.*, Case No. 3:20-cv-02146, ECF No. 1 ¶¶ 1-8; *Doe v. Wolf, et al.*, Case No. 3:19-cv-2119, ECF No. 1 ¶¶ 1-21. Thus, both cases involve substantially the same facts including the policies governing the MPP, defendants' implementation of the MPP on the ground, and the conditions faced by migrants who are placed in the MPP. In addition, both cases allege

---

[1] The case was initially captioned "*Doe v. McAleenan, et al.*," and was subsequently modified.

violation of the Administrative Procedure Act, and both cases share similar legal issues concerning the appropriateness of class certification and emergency relief in the form of a temporary restraining order and preliminary injunction. *See Doe v. McAleenan*, 415 F. Supp. 3d 971 (S.D. Cal. 2019), modified, No. 19-cv-2119, 2019 WL 6605882 (S.D. Cal. Dec. 3, 2019) (granting TRO); *Doe v. Wolf*, 432 F. Supp. 3d 1200 (S.D. Cal. 2020) (granting class-wide preliminary injunction).

Because of the common parties and shared factual and legal issues, assignment of both cases to a single district judge is likely "to effect a saving of judicial effort and other economies." CivLR 40.1(f). For example, both cases are likely to require extensive factual development relating to the MPP. Assignment to a single judge would avoid unnecessary duplication of judicial effort to become familiar with the MPP, and would help ensure consistent findings and results.

For the foregoing reasons, this case and *Doe v. Wolf, et al.*, Case No. 19-cv-2119, should be designated as related actions, and this case should be reassigned to Judge Sabraw, before whom the lowest numbered case is pending.

Date: November 3, 2020      Respectfully submitted,

/s/ *Robert S. Shwarts*
ROBERT S. SHWARTS (SBN 196803)
rshwarts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

LILLIAN J. MAO (SBN 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025-1015
Telephone: (650) 614-7400

1   Facsimile: (650) 614-7401

2   TIMOTHY P. FOX (SBN 157750)

3   tfox@creeclaw.org
    CIVIL RIGHTS EDUCATION AND

4   ENFORCEMENT CENTER

5   1245 E. Colfax Avenue, Suite 400
    Denver, CO 80218

6   Telephone: (303) 757-7901

7   Facsimile: (303) 872-9072

8   MARIA DEL PILAR GONZALEZ MORALES

9   (SBN 308550)
    pgonzalez@creeclaw.org

10  CIVIL RIGHTS EDUCATION AND
    ENFORCEMENT CENTER

11  1825 N. Vermont Avenue, #27916

12  Los Angeles, CA 90027
    Telephone: (805) 813-8896

13  Facsimile: (303) 872-9072

14

15  *Counsel for Plaintiffs*

16  *Of Counsel*:

17  ERIN D. THORN* (TX SBN 24093261)

18  erin@texascivilrightsproject.org
    EFRÉN C. OLIVARES* (TX SBN 24065844)

19  efren@texascivilrightsproject.org

20  KARLA M. VARGAS* (TX SBN 24076748)
    kvargas@texascivilrightsproject.org

21  MIMI MARZIANI* (TX SBN 24091906)

22  mimi@texascivilrightsproject.org
    CAROLYN O'CONNOR* (CT SBN 441082)

23  carrie@texascivilrightsproject.org

24  TEXAS CIVIL RIGHTS PROJECT
    1017 W. Hackberry Ave.

25  Alamo, Texas 78516

26  Telephone: 956-787-8171, ext. 127
    Facsimile: 956-787-6348

27

28  **Pro hac vice* application forthcoming

- 5 -