ROBERT S. SHWARTS (SBN 196803)
rshwarts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

LILLIAN J. MAO (SBN 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Attorneys for Plaintiffs
Additional Counsel Listed on Next Page

RANDY S. GROSSMAN
Acting United States Attorney
PAUL L. STARITA (SBN 219573)
Assistant U.S. Attorney
paul.starita@usdoj.gov
OFFICE OF THE U.S. ATTORNEY
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7701

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.A.R.R.; G.S.E.R, A MINOR CHILD, by and through his mother and NEXT FRIEND, E.A.R.R; B.A.E.R., A MINOR CHILD, by and through his mother and NEXT FRIEND, E.A.R.R; L.Y.G.; H.A.H.G.; J.A.E.M; Y.J.C.E, A MINOR CHILD, by and through his mother and NEXT FRIEND, J.A.E.M.; S.F.L.; C.J.M.L., A MINOR CHILD, by and through his mother and NEXT FRIEND, S.F.L.; Y.M.M.; J.C.M.M., A MINOR CHILD, by and through her mother and NEXT FRIEND, Y.M.M.; G.F.F.; M.Y.J.L.; M.M.G., A MINOR CHILD, by and through his mother and NEXT FRIEND, V.A.G.; D.Y.S., A MINOR CHILD, by and through his | Case No. 3:20-cv-02146-TWR-BGS<br><br>**JOINT NOTICE OF SETTLEMENT** |

| | |
|---|---|
| 1 | mother and NEXT FRIEND, M.S.S.; S.M.A., A MINOR CHILD, by and through her mother and NEXT FRIEND, K.A.M.; D.G.M.; N.R.R.; H.H.M.; E.H.M.; C.J.V.C., A MINOR CHILD, by and through his mother and NEXT FRIEND, M.C.; La.V.S.O., A MINOR CHILD, by and through her mother and NEXT FRIEND, A.A.F.S.O.; and, AL OTRO LADO, an organization, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Plaintiffs, |
| 8 | v. |
| 9 | U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity; U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); and TROY A. MILLER, Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, in his official capacity, |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Defendants. |

Case No. 20-cv-02146

NICHOLAS P. PETERSON
(MD SBN 1412180019)
npeterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th St NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

TIMOTHY P. FOX (SBN 157750)
tfox@creeclaw.org
ELIZABETH B. JORDAN (LA SBN 35186)
ejordan@creeclaw.org
*Admitted pro hac vice*
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Telephone: (303) 757-7901
Facsimile: (303) 872-9072

MARIA DEL PILAR GONZALEZ MORALES (SBN 308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Telephone: (805) 813-8896
Facsimile: (303) 872-9072

ERIN D. THORN (TX SBN 24093261)
erin@texascivilrightsproject.org
*Admitted pro hac vice*
TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Avenue
Alamo, TX 78516
Telephone: (956)-787-8171 ext. 127
Facsimile: (956)-787-6348

*Attorneys for Plaintiffs*

The parties and their counsel hereby notify the Court that a settlement in principle has been reached and that a settlement agreement will be executed shortly. As such, the parties respectfully request that the Court vacate all pending dates and set a settlement status conference at the Court's convenience.

DATED: June 17, 2021           Respectfully submitted,

*/s/ Robert S. Shwarts*
ROBERT S. SHWARTS (SBN 196803)
rshwarts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

LILLIAN J. MAO (SBN 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

NICHOLAS P. PETERSON
(MD SBN 1412180019)
npeterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th St NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

TIMOTHY P. FOX (SBN 157750)
tfox@creeclaw.org
ELIZABETH B. JORDAN (LA SBN 35186)
ejordan@creeclaw.org
*Admitted pro hac vice*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Telephone: (303) 757-7901
Facsimile: (303) 872-9072

MARIA DEL PILAR GONZALEZ MORALES

(SBN 308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Telephone: (805) 813-8896
Facsimile: (303) 872-9072

ERIN D. THORN (TX SBN 24093261)
erin@texascivilrightsproject.org
*Admitted pro hac vice*
TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Avenue
Alamo, TX 78516
Telephone: (956)-787-8171 ext. 127
Facsimile: (956)-787-6348

*Counsel for Plaintiffs*

*Of Counsel*:

KARLA M. VARGAS* (TX SBN 24076748)
kvargas@texascivilrightsproject.org
MIMI MARZIANI** (TX SBN 24091906)
mimi@texascivilrightsproject.org
CAROLYN O'CONNOR* (CT SBN 441082)
carrie@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Ave.
Alamo, Texas 78516
Telephone: 956-787-8171, ext. 127
Facsimile: 956-787-6348

\**Pro hac vice* application forthcoming
\*\* *Pro hac vice* application pending

RANDY S. GROSSMAN
Acting United States Attorney

*/s/ Paul L. Starita*
PAUL L. STARITA (SBN 219573)
Assistant U.S. Attorney

*Attorneys for Defendants*

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of the foregoing document is acceptable to Plaintiffs' counsel, and

3

1  that I have obtained authorization from Plaintiffs' counsel to affix their electronic signatures
2  to this document.

3
4
                                             */s/ Paul Starita*
                                             PAUL STARITA
                                             Assistant U.S. Attorney

4