| | |
|---|---|
| 1 | ROBERT S. SHWARTS (SBN 196803) |
| 2 | rshwarts@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | The Orrick Building<br>405 Howard Street |
| 4 | San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700 |
| 5 | Facsimile: (415) 773-5759 |
| 6 | LILLIAN J. MAO (SBN 267410)<br>lmao@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 8 | Menlo Park, CA 94025-1015<br>Telephone: (650) 614-7400 |
| 9 | Facsimile: (650) 614-7401<br>Attorneys for Plaintiffs |
| 10 | Additional Counsel Listed on Next Page |
| 11 | RANDY S. GROSSMAN<br>Acting United States Attorney |
| 12 | PAUL L. STARITA (SBN 219573)<br>Assistant U.S. Attorney |
| 13 | paul.starita@usdoj.gov<br>OFFICE OF THE U.S. ATTORNEY |
| 14 | 880 Front Street, Room 6293<br>San Diego, CA 92101-8893 |
| 15 | Telephone: (619) 546-7701 |
| 16 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.A.R.R.; G.S.E.R, A MINOR CHILD, by and through his mother and NEXT FRIEND, E.A.R.R; B.A.E.R., A MINOR CHILD, by and through his mother and NEXT FRIEND, E.A.R.R; L.Y.G.; H.A.H.G.; J.A.E.M; Y.J.C.E, A MINOR CHILD, by and through his mother and NEXT FRIEND, J.A.E.M.; S.F.L.; C.J.M.L., A MINOR CHILD, by and through his mother and NEXT FRIEND, S.F.L.; Y.M.M.; J.C.M.M., A MINOR CHILD, by and through her mother and NEXT FRIEND, Y.M.M.; G.F.F.; M.Y.J.L.; M.M.G., A MINOR CHILD, by and through his mother and NEXT FRIEND, V.A.G.; D.Y.S., A MINOR CHILD, by and through his | Case No. 3:20-cv-02146-TWR-BGS<br><br>**UPDATED JOINT NOTICE OF SETTLEMENT** |

CASE NO. 20-CV-02146

| | |
|---|---|
| 1 | mother and NEXT FRIEND, M.S.S.; S.M.A., A MINOR CHILD, by and through her mother and NEXT FRIEND, K.A.M.; D.G.M.; N.R.R.; H.H.M.; E.H.M.; C.J.V.C., A MINOR CHILD, by and through his mother and NEXT FRIEND, M.C.; La.V.S.O., A MINOR CHILD, by and through her mother and NEXT FRIEND, A.A.F.S.O.; and, AL OTRO LADO, an organization, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Plaintiffs, |
| 8 | v. |
| 9 | U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity; U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); and TROY A. MILLER, Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, in his official capacity, |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Defendants. |

NICHOLAS P. PETERSON
(MD SBN 1412180019)
npeterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th St NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

TIMOTHY P. FOX (SBN 157750)
tfox@creeclaw.org
ELIZABETH B. JORDAN (LA SBN 35186)
ejordan@creeclaw.org
*Admitted pro hac vice*
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Telephone: (303) 757-7901
Facsimile: (303) 872-9072

MARIA DEL PILAR GONZALEZ MORALES (SBN 308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Telephone: (805) 813-8896
Facsimile: (303) 872-9072

ERIN D. THORN (TX SBN 24093261)
erin@texascivilrightsproject.org
*Admitted pro hac vice*
TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Avenue
Alamo, TX 78516
Telephone: (956)-787-8171 ext. 127
Facsimile: (956)-787-6348

*Attorneys for Plaintiffs*

As ordered by the Court on June 28, 2021 (Dkt. No. 62), the parties and their counsel reiterate that that a settlement in principle has been reached. The parties are working together in preparing and exchanging drafts of the formal settlement agreement with a goal of executing the agreement before the end of July of 2021. Candidly, counsel for both parties have attended to personal family matters that have slowed the completion of the agreement. That being said, the parties are committed to finalizing the settlement and are working diligently toward meeting our goal. As such, the parties respectfully request that the Court vacate or extend the date to file a Rule 26(f) Report but to maintain the Telephonic Case Management Conference on July 21, 2021.

DATED: July 9, 2021              Respectfully submitted,

*/s/ Lillian J. Mao*
ROBERT S. SHWARTS (SBN 196803)
rshwarts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

LILLIAN J. MAO (SBN 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

NICHOLAS P. PETERSON
(MD SBN 1412180019)
npeterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th St NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

TIMOTHY P. FOX (SBN 157750)
tfox@creeclaw.org
ELIZABETH B. JORDAN (LA SBN 35186)
ejordan@creeclaw.org

*Admitted pro hac vice*
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Telephone: (303) 757-7901
Facsimile: (303) 872-9072

MARIA DEL PILAR GONZALEZ MORALES (SBN 308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Telephone: (805) 813-8896
Facsimile: (303) 872-9072

ERIN D. THORN (TX SBN 24093261)
erin@texascivilrightsproject.org
*Admitted pro hac vice*
TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Avenue
Alamo, TX 78516
Telephone: (956)-787-8171 ext. 127
Facsimile: (956)-787-6348

*Counsel for Plaintiffs*

*Of Counsel*:

KARLA M. VARGAS* (TX SBN 24076748)
kvargas@texascivilrightsproject.org
MIMI MARZIANI** (TX SBN 24091906)
mimi@texascivilrightsproject.org
CAROLYN O'CONNOR* (CT SBN 441082)
carrie@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Ave.
Alamo, Texas 78516
Telephone: 956-787-8171, ext. 127
Facsimile: 956-787-6348

**Pro hac vice* application forthcoming
** *Pro hac vice* application pending

RANDY S. GROSSMAN
Acting United States Attorney

*/s/ Paul L. Starita*
PAUL L. STARITA (SBN 219573)
Assistant U.S. Attorney

*Attorneys for Defendants*

3

1  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and
2  Procedures of the United States District Court for the Southern District of California, I
3  certify that the content of the foregoing document is acceptable to Plaintiffs' counsel, and
4  that I have obtained authorization from Plaintiffs' counsel to affix their electronic signatures
5  to this document.

                                    /s/ Paul Starita
                                    PAUL STARITA
                                    Assistant U.S. Attorney