ROBERT S. SHWARTS (SBN 196803)
rshwarts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

LILLIAN J. MAO (SBN 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Attorneys for Plaintiffs
Additional Counsel Listed on Next Page

RANDY S. GROSSMAN
Acting United States Attorney
PAUL L. STARITA (SBN 219573)
Assistant U.S. Attorney
paul.starita@usdoj.gov
OFFICE OF THE U.S. ATTORNEY
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7701

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.A.R.R.; G.S.E.R, A MINOR CHILD, by and through his mother and NEXT FRIEND, E.A.R.R; B.A.E.R., A MINOR CHILD, by and through his mother and NEXT FRIEND, E.A.R.R; L.Y.G.; H.A.H.G.; J.A.E.M; Y.J.C.E, A MINOR CHILD, by and through his mother and NEXT FRIEND, J.A.E.M.; S.F.L.; C.J.M.L., A MINOR CHILD, by and through his mother and NEXT FRIEND, S.F.L.; Y.M.M.; J.C.M.M., A MINOR CHILD, by and through her mother and NEXT FRIEND, Y.M.M.; G.F.F.; M.Y.J.L.; M.M.G., A MINOR CHILD, by and through his mother and NEXT FRIEND, V.A.G.; D.Y.S., A MINOR CHILD, by and through his | Case No. 3:20-cv-02146-TWR-BGS<br><br>**JOINT MOTION FOR STAY** |

mother and NEXT FRIEND, M.S.S.;
S.M.A., A MINOR CHILD, by and
through her mother and NEXT
FRIEND, K.A.M.; D.G.M.; N.R.R.;
H.H.M.; E.H.M.; C.J.V.C., A MINOR
CHILD, by and through his mother and
NEXT FRIEND, M.C.; La.V.S.O., A
MINOR CHILD, by and through her
mother and NEXT FRIEND,
A.A.F.S.O.; and, AL OTRO LADO, an
organization,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY ("DHS"); ALEJANDRO
MAYORKAS, Secretary of the
Department of Homeland Security, in
his official capacity; U.S. CUSTOMS
AND BORDER PROTECTION
("CBP"); and TROY A. MILLER,
Senior Official Performing the Duties of
the Commissioner of U.S. Customs and
Border Protection, in his official
capacity,

Defendants.

NICHOLAS P. PETERSON
(MD SBN 1412180019)
npeterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th St NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

TIMOTHY P. FOX (SBN 157750)
tfox@creeclaw.org
ELIZABETH B. JORDAN (LA SBN 35186)
ejordan@creeclaw.org
*Admitted pro hac vice*
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Telephone: (303) 757-7901
Facsimile: (303) 872-9072

MARIA DEL PILAR GONZALEZ MORALES (SBN 308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Telephone: (805) 813-8896
Facsimile: (303) 872-9072

ERIN D. THORN (TX SBN 24093261)
erin@texascivilrightsproject.org
*Admitted pro hac vice*
TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Avenue
Alamo, TX 78516
Telephone: (956)-787-8171 ext. 127
Facsimile: (956)-787-6348

*Attorneys for Plaintiffs*

Pursuant to the Court's minute order dated August 5, 2021 (Dkt. No. 66), the parties provided a Joint Status Report (Dkt. No. 67). The parties reported that they were near to completing a settlement agreement in this matter. Unfortunately, the recent judicial action in *Texas v. Biden*, Northern District of Texas, USDC No. 2:21-cv-67, has created so much uncertainty surrounding the future of the Migrant Protection Protocols ("MPP") that the parties are unable at this time to finalize a settlement of this matter. As such, the parties request a 60-day stay of this matter to permit the parties to evaluate the changed circumstances, including any further developments in *Texas v. Biden* and any new policies or practices Defendants implement in response to the *Texas v. Biden* district court's injunction, and determine whether settlement will be possible.

This joint motion is made pursuant to the Court's inherent discretionary power to stay any action within its jurisdiction, *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Id.* In determining whether to grant a stay, a court must balance the following competing interests: "[. . .] the possible damage resulting from granting a stay, the hardship or inequity a party may suffer if required to go forward, and the simplifying or complicating of issues, proof, and questions of law that could result from a stay. [(Citation omitted)]." *Mendez v. Optio Solutions, LLC*, 239 F.Supp.3d 1229, 1232 (CASD March 8, 2017). "'If there is even a fair possibility that the stay will work damage to someone else, the stay may be inappropriate absent a showing by the moving party of hardship or inequity.' [(Citation omitted)]. 'A stay should not be granted unless it appears likely the other proceedings will be conducted within a reasonable time in relation to the urgency of the claims presented to the court.' [(Citation omitted)]." *Id.*

Here, the parties are jointly moving to stay the proceeding and recognize the strong interest of each party to conclude this litigation to the benefit of all. Further, with the possibility of settlement within reach, it would promote judicial efficiency and not waste Court resources on a case that has a likelihood of being resolved. The parties believe that a

stay will permit the parties the time to better assess whether a settlement will be possible without needlessly wasting the Court's resources. Again, the parties respectfully request a 60-day stay.

DATED:  September 2, 2021         Respectfully submitted,

*/s/ Lillian J. Mao*
ROBERT S. SHWARTS (SBN 196803)
rshwarts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

LILLIAN J. MAO (SBN 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

NICHOLAS P. PETERSON
(MD SBN 1412180019)
npeterson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th St NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

TIMOTHY P. FOX (SBN 157750)
tfox@creeclaw.org
ELIZABETH B. JORDAN (LA SBN 35186)
ejordan@creeclaw.org
*Admitted pro hac vice*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Telephone: (303) 757-7901
Facsimile: (303) 872-9072

MARIA DEL PILAR GONZALEZ MORALES
(SBN 308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION AND

3

ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Telephone: (805) 813-8896
Facsimile: (303) 872-9072

ERIN D. THORN (TX SBN 24093261)
erin@texascivilrightsproject.org
*Admitted pro hac vice*
TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Avenue
Alamo, TX 78516
Telephone: (956)-787-8171 ext. 127
Facsimile: (956)-787-6348

*Counsel for Plaintiffs*

*Of Counsel*:

KARLA M. VARGAS* (TX SBN 24076748)
kvargas@texascivilrightsproject.org
MIMI MARZIANI** (TX SBN 24091906)
mimi@texascivilrightsproject.org
CAROLYN O'CONNOR* (CT SBN 441082)
carrie@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
1017 W. Hackberry Ave.
Alamo, Texas 78516
Telephone: 956-787-8171, ext. 127
Facsimile: 956-787-6348

*\*Pro hac vice* application forthcoming
*\*\* Pro hac vice* application pending

RANDY S. GROSSMAN
Acting United States Attorney

*/s/ Paul L. Starita*
PAUL L. STARITA (SBN 219573)
Assistant U.S. Attorney

*Attorneys for Defendants*

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of the foregoing document is acceptable to Plaintiffs' counsel, and that I have obtained authorization from Plaintiffs' counsel to affix their electronic signatures to this document.

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Paul Starita*
PAUL STARITA
Assistant U.S. Attorney