1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11  E.A.R.R., et al.,                        Case No.:  20-CV-2146 TWR (BGS)

12                          Plaintiffs,

13  v.                                       **ORDER DENYING WITHOUT PREJUDICE ALL PENDING MOTIONS AS MOOT**

14  U.S. DEPARTMENT OF HOMELAND
    SECURITY ("DHS"), et al.,
15                                           (ECF Nos. 24, 25, 49)
                            Defendants.
16

17

18          Before the Court is Plaintiffs' Motions for Preliminary Judgment (*see* ECF No. 24)

19  and to Certify Class (*see* ECF No. 25), as well as Defendants' Motion to Dismiss for Lack

20  of Jurisdiction (*see* ECF No. 49) (all together, the "Motions").  The Parties notified the

21  Court that they had reached a settlement in principle on June 17, 2021, (*see* ECF No. 61);

22  however, due to changing immigration policies, the Parties have had to reevaluate their

23  agreement. (*See* ECF No. 75 at 2.)  To accommodate the parties, the Court stayed this case

24  until April 18, 2022. (S*ee* ECF No. 76.)  The Court finds the Motions to be moot because:

25  (1) the parties have reached a settlement in principle; (2) the case has been stayed at the

26  parties' request; and (3) the Motions are impacted by the Government's shifting

27  immigration policies and, as a result, the Motions are no longer closely related to the issues

28  present in this case.  Accordingly, the Court **DENIES THE MOTIONS AS MOOT**.  This

1   Order is entered **WITHOUT PREJUDICE** to the parties refiling the Motions once the

2   stay is lifted and if a final settlement is not reached.  (*See* ECF Nos. 24, 25, 49.)

3        **IT IS SO ORDERED.**

4   Dated:  March 29, 2022

5   _____
    Honorable Todd W. Robinson
6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20-CV-2146 TWR (BGS)