UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.A.R.R., et al.,<br><br>                            Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"), et al.,<br><br>                            Defendants. | Case No.: 20-CV-2146 TWR (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE STAY**<br><br>(ECF No. 79) |

      Presently before the Court is the Parties' Joint Motion to Continue Stay of Case. (*See* ECF No. 79.) "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).  In determining whether to issue a stay, the court considers the "possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). Here, based on the relevant considerations discussed by the Parties, the Court **GRANTS** the Joint Motion.  As requested, the Court stays this case for an additional ninety (90) days.

The Parties shall file an updated status report within 90 days of the electronic docketing of this Order.

**IT IS SO ORDERED.**

Dated: April 28, 2022

_____
Honorable Todd W. Robinson
United States District Judge